IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS COLON, | |
| Plaintiff | Case No. 1:20-cv-00036 (ERIE) |
| vs. | HON. RICHARD A. LANZILLO |
| ERIC ANGLIKOWSKI, JOHN WETZEL, MARK CAPOZZA, DEBRA HAWKINBERRY, MELANIE NAGY, ADAM KNEPPER, SCOTT RIDDLE, SETH ERICKSON, MICHAEL CLARK, DAVID RADZIEWICZ, and TRICIA BASHOR, | UNITED STATES MAGISTRATE JUDGE ORDER ON DEFENDANTS' MOTION TO DISMISS (ECF NO. 41) |
| Defendants | |

Presently before the Court is Defendants' Motion to Dismiss Plaintiff Carlos Colon's Amended Complaint for Failure to State A Claim (ECF No. 41). For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 47), the Defendants' motion is GRANTED, and this action is DISMISSED, WITH PREJUDICE.

Ordered and Entered this 8th day of July, 2021.

HON. RICHARD A. LANZILLO
United States Magistrate Judge